**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re   HOWARD L. STEWART   :
        Debtor   :   Case No. 20-10028
        _____   :   Chapter   13

**MOTION TO EXTEND TIME FOR FILING OF MISSING DOCUMENTS**

COMES NOW, HOWARD L. STEWART by counsel, and represents to the Court as follows:

1. Debtor filed a petition for an order for relief under Chapter 13 of the Bankruptcy Code on January 6, 2020, and a Chapter 13 order for relief was granted.

2. The debtors require additional time in which to prepare Schedules A-J, the Statement of Financial Affairs, the Chapter 13 Plan and the Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation.

WHERFORE, debtors pray for an order extending the time for filing the missing documents in this chapter 13 case.

Date:  **January 20, 2020**

                                            **/s/ Nathan Fisher**
                                            **Nathan Fisher**
                                            **Counsel for Debtor - #37161**
                                            **3977 Chain Bridge Rd., #2**
                                            **Fairfax, VA   22042**
                                            **(703) 691-1642**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2020, I served the foregoing parties on the attached mailing matrix, via first-class mail, under Local Rule 4001(a)-1(E)(1), and, also:

Thomas Gorman
300 N. Washington St., Suite 400
Alexandria, VA   22314

Office of the US Trustee
1725 South Union St., Suite 650
Alexandria, VA   22314

/s/ Nathan Fisher
Nathan Fisher